UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CORY W. NICHOLSON,

      Plaintiff,

v.

UNKNOWN CHELLAM et al.,

      Defendants.
_____/

Case No. 1:20-cv-223

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 5, 2020

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge